UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-60826-RNS

**ANTHONY EWELL,**

    Plaintiff,

vs.

**CITY OF FORT LAUDERDALE,** a
Political subdivision of the State of Florida,
**PAUL ALEXANDER** sued in his individual
capacity,

    Defendants.

**JOINT INTERIM STATUS REPORT**

Anthony Ewell, City of Fort Lauderdale, and Paul Alexander (collectively, the "Parties") submit this Joint Interim Joint Status Report as required by the Court's Scheduling Order and Order of Referral to Mediation order. The Parties' responses to the questions set forth in the Order are provided below:

    a.    Have all defendants been served? If not, state the reasons. **All defendants have been served.**

    b.    Have all defendants responded to the complaint? If not, state the reasons. **All defendants have responded to the complaint.**

    c.    If this is a class action, has a motion for class certification been filed? If so, what is its status? **This is not a class action, thus, no motion for certification is necessary.**

    d.    Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation? **The Parties have not agreed on a selected mediator or an agreed upon place, date, and time for a mediation to take place.**

    e.    Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (*e.g.*, ongoing, impasse, etc.) and the relative prospects for resolution through informal means. **The Parties have not engaged in informal settlement negotiations. The parties are in the process of completing discovery and believe that once depositions are taken, the Parties will be in a better position to negotiate informally.**

    f.    Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If

not, explain the reasons. **The parties have propounded discovery requests on each other. Defendants have responded to discovery requests and Plaintiff is in the process of completing his discovery responses. The parties anticipate setting approximately 5 to 6 depositions between October 1, 2020 through December 31, 2020. Barring any unforeseen circumstances, the Parties anticipate that they will be able to complete discovery by the Court's deadline.**

     g.    Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set. **None, at this time.**

Dated: September 25, 2020

Respectfully submitted,

| PIERRE**SIMON** | *s/Michael T. Burke* |
|---|---|
| Attorneys for Plaintiff | Michael T. Burke, Esquire (338771) |
| 600 Southwest 4th Avenue, | Burke@jambg.com |
| Fort Lauderdale, Florida 33315 | Cardona@jambg.com |
| | Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A. |
| By: s/ Faudlin Pierre | 2455 East Sunrise Blvd., Suite 1000 |
| Faudlin Pierre, Esq. | Fort Lauderdale, Florida 33304 |
| FBN. 56770 | Telephone: 954-463-0100 |
| fplaw08@yahoo.com | *Counsel for Defendants* |
| (305) 336-9193 | |

## CERTIFICATION

     I hereby certify that this motion has been electronically served on Defendants on September 25, 2020 through their counsel of record, Michael Burke.

PIERRE**SIMON**
Attorneys for Plaintiff
600 Southwest 4th Avenue,
Fort Lauderdale, Florida 33315

By: s/ Faudlin Pierre
Faudlin Pierre, Esq.
FBN. 56770
fplaw08@yahoo.com
(305) 336-9193