UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60826-CIV-CANNON

ANTHONY EWELL,

       Plaintiff,

v.

CITY OF FORT LAUDERDALE, a
political subdivision of the State of Florida, et al.,

       Defendants.
_____

## CERTIFICATION FOR TRANSFER

THIS CAUSE is before the Court upon the Order of Reassignment (ECF No. 5) from United States District Judge, Robert N. Scola, Jr. to United States District Judge, Aileen M. Cannon and Administrative Order 2020-91. The undersigned has reviewed the file and hereby certifies that there are no pending referred motions in this cause.

THEREFORE, the Clerk of the Court shall transfer this case to Patrick M. Hunt, United States Magistrate Judge.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 24th day of November, 2020.

                                                        LURANA S. SNOW
                                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Aileen M. Cannon, United States District Judge (FTP)

Patrick M. Hunt, United States Magistrate Judge (FTL)