UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60826-CIV-CANNON/Hunt

**ANTHONY EWELL**,

    Plaintiff,

v.

**CITY OF FORT LAUDERDALE** and
**ALEXANDER PAUL**,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a sua sponte review of the record. In the Scheduling Order entered on February 28, 2022 [ECF No. 28], the Court ordered the parties to file a joint notice of mediator selection on or before March 11, 2022. To date, over four months later, the parties have not filed a joint notice of mediator selection or requested additional time to do so. Accordingly, it is **ORDERED AND ADJUDGED** that, on or before **July 18, 2022**, the parties shall file a **joint** notice of mediator selection that complies with the Court's order. The parties are warned that mediation is mandatory, and that failure to comply with this Order may result in sanctions.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of July 2022.

                                                  AILEEN M. CANNON
                                                  UNITED STATES DISTRICT JUDGE

cc: counsel of record